PEOPLE ex rel. DWYER v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 4, 1911.) Proceeding by the People of the State of New York, on the relation of Harry F. Dwyer, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Motion granted, without costs. See, also, 129 N. Y. Supp. 1141.

PEOPLE ex rel. FARLEY, Respondent, v. WINKLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Proceeding by the People of the State of New York, on the relation of John M. Farley, against Max Winkler and others, constituting the Board of Water Commissioners, etc. No opinion. Motion granted, without costs. Settle order before Mr. Justice Carr. See, also, 130 N. Y. Supp. 691.

PEOPLE ex rel. GIBELMAN, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Proceeding by the People of the State of New York, on the relation of Lewis Gibelman, against Henry S. Thompson, as Commissioner, etc. C. L. Barber, for appellant. A. B. Cole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People v. Ringe, 197 N. Y. 143, 90 N. E. 451, 27 L. R. A. (N. S.) 528. Order filed.

PEOPLE ex rel. HALLOCK et al. v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Proceeding by the People of the State of New York, on the relation of Frances V. Hallock and another, as administrators, etc., of David H. Valentine, deceased, against Joseph P. Hennessy and others, composing the Board of Assessors of the City of New York. No opinion. Motion to resettle order granted, without costs. See, also, 131 N. Y. Supp. 327.

PEOPLE ex rel. HINMAN v. LIPE et al., Town Auditors. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Proceeding by the People of the State of New York, on the relation of Harold J. Hinman, against Ephraim Lipe and others, Town Auditors of the Town of Canajoharie, and together composing the board of town auditors of the said town. No opinion. Determination unanimously confirmed, with $15 costs and actual disbursements.

PEOPLE ex rel. HINMAN v. WENDELL et al., Town Auditors. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Proceeding by the People of the State of New York, on the relation of Harold J. Hinman, against Charles E. Wendell and others, Town Auditors of the Town of Minden, and together composing the board of town auditors of the said town. No opinion. Determination unanimously confirmed, with $15 costs and actual disbursements.

PEOPLE ex rel. KAHT, Appellant, v. BAKER, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Proceeding by the People of the State of New York, on the relation of John A. Kaht, against William A. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. MANN, Appellant, v. BAKER, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Proceeding by the People of the State of New York, on the relation of John W. Mann, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MENCKE v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 4, 1911.) Proceeding by the People of the State of New York, on the relation of George A. Mencke, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Motion granted, without costs. See, also, 143 App. Div. 946, 127 N. Y. Supp. 1138.

PEOPLE ex rel. MERRITT v. KRAFT et al., Com'rs. (Supreme Court, Appellate Division, Third Department. September 15, 1911.) Proceeding by the People of the State of New York, on the relation of Fred L. Merritt, against John E. Kraft and others, Commissioners, constituting the Civil Service Commission of the State of New York. No opinion. Decision modified, by adding thereto: "The court holding as matter of law and fact that the civil service commission was authorized to place the position in question in the exempt class, mandamus is not refused as matter of discretion." See, also, 130 N. Y. Supp. 363.

PEOPLE ex rel. MINES FINANCE CO. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Proceeding by the People of the State of New York, on the relation of the Mines Finance Company, against William Sohmer, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. MURTHA v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York, on the relation of Harry J. Murtha, against William F. Baker, as Commissioner. H. Thomas, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.